**JUDGE KOELTL**

**08 CV 5428**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o NATIONAL
FISH & SEAFOOD, INC.,

                         Plaintiff,

          - against -

MV MAERSK PECEM, her engines, boilers, tackle,
furniture, apparel, etc., *in rem*; A.P. MOLLER-MAERSK
A/S d/b/a MAERSK LINE, AND MAERSK SEALAND,
*in personam*,

                   Defendants.

-------------------------------------------------------------------X



2008 Civ

F.R.CIV. RULE 7.1
DISCLOSURE
STATEMENT

     NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o NATIONAL FISH & SEAFOOD, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

     ACE LIMITED is the publicly traded parent company of INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. NATIONAL FISH & SEAFOOD, INC. is not a publicly traded company.

Dated:      New York, New York
             June 13, 2008
             115-919

                     CASEY & BARNETT, LLC
                     Attorneys for Plaintiff

          By:      *Christopher Schierloh*
                 Christopher M. Schierloh (CS-6644)
                 317 Madison Avenue, 21st Floor
                 New York, NY 10017
                 (212) 286-0225