UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA et al.                          08 Civ. 5428 (JGK)

          Plaintiff,
                                                        NOTICE AND ORDER OF
- against -                                   **VOLUNTARY**
                                                        **DISCONTINUANCE**
M/V MAERSK PECEM etc et al.

          Defendants
-------------------------------------------------------------X

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       August 13, 2008
       115-919

                                                  CASEY & BARNETT, LLC
                                                Attorneys for Plaintiff

                               By: _____
                                  Martin F. Casey (MFC-0415)
                                  317 Madison Avenue, 21st Floor
                                  New York, New York 10017
                                  (212) 286-0225

**SO ORDERED:**

_____
U.S.D.J.