```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA et al.

        Plaintiff,

  - against -

M/V MAERSK PECEM etc et al.

        Defendants
-----------------------------------------------------------X

08 Civ. 5428 (JGK)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       August 13, 2008
       115-919

                                        **CASEY & BARNETT, LLC**
                                        Attorneys for Plaintiff

                       By: _____
                          Martin F. Casey (MFC-0415)
                          317 Madison Avenue, 21st Floor
                          New York, New York 10017
                          (212) 286-0225

**SO ORDERED:**

_____
U.S.D.J.

8/17/08