UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA et al.                                    **08 Civ. 5428 (JGK)**

               Plaintiff,

        - against -                                **NOTICE AND ORDER OF
VOLUNTARY
DISCONTINUANCE**

M/V MAERSK PECEM etc et al.

              Defendants
-------------------------------------------------------X

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with

the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is

voluntary dismissed with prejudice and without costs, no party having answered or

otherwise appeared in the action.

Dated: New York, New York
      August 13, 2008
      115-919

                         **CASEY & BARNETT, LLC**
                         Attorneys for Plaintiff

              By:    *Martin F. Casey*

                         Martin F. Casey (MFC-0415)
                         317 Madison Avenue, 21ˢᵗ Floor
                         New York, New York 10017
                         (212) 286-0225

**SO ORDERED:**

U.S.D.J.

8/18/08

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____             │
│ DATE FILED: __8/19/2008__        │
└─────────────────────────────────┘
```